# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSHUA PAUL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2618

_____

June 7, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

PER CURIAM.

Affirmed.

KELLY, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.